1  Robert P. Henk (147490)
   Sheri L. Leonard (173544)
2  **HENKLEONARD, INC.**
3  753 Sunrise Avenue, Suite 160
   Roseville, CA 95661
4  Telephone: (916) 787-4544
5  Facsimile:  (916) 787-4530

6  Attorneys for Plaintiffs,
7  **SECKU BROWN**

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SECKU BROWN,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**ICG COMMUNICATIONS;** and **DOES 1 through 10**, inclusive,<br><br>    Defendant. | **Case No. CIV-S-04-1457 FCD KJM**<br><br>**REQUEST FOR DISMISSAL** |

Plaintiff, **SECKU BROWN**, hereby requests a dismissal with prejudice as to his complaint and entire causes action for damages against Defendant, **ICG COMMUNICATIONS**.

DATED: _____            **HENK LEONARD**
                                  **A Professional Law Corporation**


                                  /s/ SHERI L. LEONARD_____
                                  **SHERI L. LEONARD**
                                  Attorneys for Plaintiff,
                                  **SECKU BROWN**

Request for Dismissal

1

1  DATED: _____          **SHEPPARD, MULIN,**
                                             **RICHTER & HAMPTON**
2

3

4                                            /s/ OTTIS McGHEE (as authorized on 3/30/05)
                                             **OTTIS McGHEE**
5                                            Attorneys for Defendant,
                                             **ICG COMMUNICATIONS**
6

7

8
   **IT IS SO ORDERED.**
9

10 DATED: May 11, 2005                       /s/ Frank C. Damrell Jr.
                                             **JUDGE OF THE UNITED STATES**
11                                           **DISTRICT COURT**

Request for Dismissal

2